IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD MOSES COVERT,**                                                              **PLAINTIFF**
ADC #151511

v.                      Case No. 4:22-cv-00009-LPR-JTK

**D. PAYNE, et al.**                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("PFRD") submitted by United States Magistrate Judge Jerome T. Kearney.[1] No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's claims against Defendants M. Taylor, Lennox, Demery, Grigsby (access to the courts claim),[2] and Thrower are severed from this action. Plaintiff may pursue these claims, if he wishes, in a separate lawsuit.

2. Defendants M. Taylor, Lennox, Demery, Grigsby, and Thrower are dismissed without prejudice from this lawsuit.

3. The Court certifies that an *in forma pauperis* appeal of any Order adopting this recommendation is considered frivolous and not in good faith.

---

[1] Doc. 8.

[2] The retaliation claim against Grigsby is not severed, but rather dismissed without prejudice for failure to state a claim.

IT IS SO ORDERED this 18th day of April 2022.

                                                       _____
                                                       LEE P. RUDOFSKY
                                                       UNITED STATES DISTRICT JUDGE