IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAROLD MOSES COVERT,   PLAINTIFF
ADC #151511

v.   4:22CV00009-LPR-JTK

D. PAYNE, et al.   DEFENDANTS

## ORDER

Harold Moses Covert ("Plaintiff") has filed a Motion for Copies. (Doc. No. 102). In Plaintiff's Motion, he says that he "needs and did ask the Defendants within discovery for electronic[] medical records dates 7-16-2021 the condensed health service 1 of 2 pages and date 10-1-2021 the condensed health service 1 of 4 pages." (Id.). Plaintiff also says Defendants "did not provide these medical records with their motion." (Id.).

The Court notes that Plaintiff brings claims of excessive force and failure to train in this case. The alleged excessive force occurred on June 30, 2021.

The Court also notes that Plaintiff brought this same request in an earlier Motion to Compel. Plaintiff sought "electronically medical records" from June 30, 2021, July 16, 2021, and October 1, 2021." (Doc. No. 49; Doc. No. 56-2 at 39). Defendants objected because they are not the custodians of the records; Defendants informed Plaintiff that he "may submit a request to the appropriate official at his unit of incarceration." (Doc. No. 56-2 at 39) Plaintiff explained that he had reviewed the documents, but was not provided a copy of the documents. (Doc. No. 67 at 3). Because Plaintiff had reviewed the documents, the Court denied Plaintiff's Motion to Compel. (Doc. No. 71 at 3). The Court also noted that Plaintiff needs the copies to sufficiently respond to a dispositive motion, he should bring that to the Court's attention at that time.

Defendants have included with their Motion Plaintiff's medical records from June 28, 2021 to July 4, 2021. (Doc. No. 97-3). Defendants also included the complete transcript of Plaintiff's deposition. (Doc. No. 97-1).

Plaintiff has not explained why he needs the physical copies to respond to Defendants' Motion. Plaintiff knows the content of the medical records he seeks, and can explain the content in his Response to Defendants' Motion for Summary Judgment. If Defendants disagree with Plaintiff's explanation, they must provide a copy of those records with their Reply.

IT IS SO ORDERED this 16th day of December, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE