IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD MOSES COVERT**
**ADC #151511**                                                                                           **PLAINTIFF**

v.                              Case No. 4:22-CV-00009-LPR

**DEXTER PAYNE, et al.**                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations (PFR) submitted by United States Magistrate Judge Jerome T. Kearney.[1] No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings—with one addition. By adopting the PFR, this Order effectively dismisses the failure-to-protect claim against Defendant Scott Taylor, which is the only claim Mr. Covert brought against him in this action. Mr. Covert confirmed in his deposition testimony that he is no longer pursuing any claims against Defendant Taylor.[2] Therefore, Defendant Taylor will also be dismissed from this case.

IT IS THEREFORE ORDERED that Defendants' Motion for Partial Summary Judgment on the Issue of Exhaustion is granted.[3] Plaintiff's Motion for Evidentiary Hearing is denied as moot.[4] Mr. Covert's failure-to-protect claims against Defendants Brandon Carroll, James Gibson, Dexter Payne, Marshall Reed, James Shipman, and Scott Taylor are dismissed without prejudice

---

[1] Doc. 66.

[2] Ex. 1 to Defs.' Mot. for Summ. J. (Doc. 97-1) at 5:24–6:21, 59:23–25.

[3] Doc. 52.

[4] Doc. 63.

for failure to exhaust. Defendants James Shipman and Scott Taylor are hereby dismissed as parties to this action.

DATED this 21st day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE